DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIELLE WEINBERG,**
Appellant,

v.

**FLORIDA ATLANTIC UNIVERSITY,**
Appellee.

No. 4D20-1847

[March 18, 2021]

Appeal from the Review Appellate Committee of Florida Atlantic University, Palm Beach County, Florida; L.T. Case No. ZXXXX5251.

Robin I. Bresky and Jennifer L. Fulton of Law Offices of Robin Bresky, Boca Raton, for appellant.

Oscar E. Marrero and Lourdes E. Wydler of Marrero & Wydler, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***